✎AO 240A  (Rev. 1/94)  Case 1:06-cv-00592-AWI-NEW   Document 4   Filed 05/25/2006   Page 1 of 1

# UNITED STATES DISTRICT COURT

| EASTERN | **District of** | CALIFORNIA |
|---|---|---|

HECTOR LARA CERVANTES,

Plaintiff

V.

STATE OF CALIFORNIA
ATTORNEY GERNERAL,
Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER:  1:06 cv 0592

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    ☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
       copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.
       All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:     May 25, 2006**                                  **/s/ Lawrence J. O'Neill**
66h44d                                                    UNITED STATES MAGISTRATE JUDGE