# UNITED STATES DISTRICT COURT

|  EASTERN  | District of | CALIFORNIA |
|---|---|---|

| | |
|---|---|
| HECTOR LARA CERVANTES, | **ORDER ON APPLICATION** |
| Plaintiff | **TO PROCEED WITHOUT** |
| V. | **PREPAYMENT OF FEES** |
| STATE OF CALIFORNIA ATTORNEY GERNERAL, | CASE NUMBER: 1:06 cv 0592 |
| Defendant | |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X   GRANTED.

    X   The clerk is directed to file the complaint.

    ☐   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐   DENIED, for the following reasons:

IT IS SO ORDERED.

**Dated:    May 25, 2006**                           /s/ Lawrence J. O'Neill
66h44d                                      UNITED STATES MAGISTRATE JUDGE