1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    HECTOR LARA CERVANTES,                    CASE NO. CV F 06-0592 AWI LJO

12                    Plaintiff,           **ORDER TO ADOPT FINDINGS AND
                                           RECOMMENDATIONS TO DISMISS ACTION**

13         vs.

14    STATE OF CALIFORNIA ATTORNEY
      GENERAL,

15
                      Defendant.

16    _____/

17                            **BACKGROUND**

18         Plaintiff Hector Lara Cervantes ("plaintiff") proceeds pro se and in forma pauperis and on May

19    23, 2006, filed his complaint, the caption of which lists as defendant State of California Attorney

20    General.  The complaint is generally unintelligible and states the Patriot Act was violated, that plaintiff

21    and his former wife were "implanted with some kind of microchip implants," and that plaintiff "is going

22    to press federal charges on science medical, science, technology science run by state and federal agences

23    [sic]."  A report of a December 11, 2005 CT scan of plaintiff's head and cervical spine is attached to the

24    complaint.

25         The magistrate judge issued his June 8, 2006 findings and recommendations to dismiss this

26    action without prejudice on grounds that: (1) the complaint fails to establish this Court's subject matter

27    jurisdiction; (2) the complaint fails to state a claim upon which relief may be granted; and (3) a further

28    attempt at amendment is unwarranted based on jurisdictional defects and the complaint's fanciful,

                                              1

1    delusional and unintelligible statements.

2         Plaintiff filed no timely objections to the findings and recommendations.

3                              **CONCLUSION AND ORDER**

4         Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  After

5    evaluating the record, this Court finds the magistrate judge's findings and recommendations are

6    supported by the record and proper analysis.

7         Accordingly, this Court:

8    1.   ADOPTS in full the magistrate judge's June 8, 2006 findings and recommendations;

9    2.   DISMISSES this action without prejudice on grounds that: (1) the complaint fails to

10        establish this Court's subject matter jurisdiction; (2) the complaint fails to state a claim

11        upon which relief may be granted; and (3) a further attempt at amendment is unwarranted

12        based on jurisdictional defects and the complaint's fanciful, delusional and unintelligible

13        statements; and

14   3.   DIRECTS this Court's clerk to close this action.

15

16   IT IS SO ORDERED.

17   **Dated:     July 6, 2006            /s/ Anthony W. Ishii**
     0m8i78                              UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

                                        2